## SUMMONS RIDER

DEFENDANT(S) NAME(S) AND ADDRESS(ES)

- PUP CULTURE LLC
  521 Broome Street
  New York, NY 10013
- PUPCULTURE DUMBO LLC
  c/o IBRAHIM ALIMIMEH
  1060 Broadway, 3001
  Albany, NY 12204
- PUPCULTURE FIDI LLC
  c/o IBRAHIM ALIMIMEH
  521 Broome Street
  New York, NY 10013
- PUPCULTURE TRIBECA LLC
  c/o Roy White
  60 Horatio St.
  New York, NY 10014
- PUPCULTURE UWS LLC
  c/o IBRAHIM ALIMIMEH
  1060 Broadway, 3001
  Albany, NY 12204
- IBRAHIM ALIMIMEH
  c/o PUP CULTURE LLC
  521 Broome Street
  New York, NY 10013