20230329140429

| AO 440 (Rev. 06/12) Summons in a Civil Action | RETURN OF SERVICE |
|---|---|

SERVICE OF: **SUMMONS AND COMPLAINT, RIDER, EXHIBITS, $40 FEE**
EFFECTED (1) BY ME: *Angela Roy*
TITLE: **PROCESS SERVER**     DATE: 3/30/23 @ 9:15 AM

---

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant

PUPCULTURE FIDI LLC D/B/A PUPCULTURE FIDI C/O NY SEC OF STATE

Place where served:

ONE COMMERCE PLAZA  99 WASHINGTON AVENUE  ALBANY  NY  12231

[X] Left copies thereof at the defendant's dwelling house or place of business with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

*Nancy Dougherty, Business Document Specialist II*

Relationship to defendant

Description of Person Accepting Service:

SEX: F    AGE: 60    HEIGHT: 5'2"    WEIGHT: 120 lb    SKIN: White    HAIR: Brown    OTHER: ____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

---

**STATEMENT OF SERVER**

TRAVEL $ ____ . ____     SERVICES $ ____ . ____     TOTAL $ ____ . ____

---

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

Docusign Court Approved E-Signature

DATE: 3 / 30 / 2023

SIGNATURE OF *Angela Roy*  L.S.
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY: C.K. LEE, ESQ.
PLAINTIFF: ASHLEY VILELLA, ON BEHALF OF HERSELF FLSA COLLECTIVE PLAINTIFFS AND THE CLASS,
DEFENDANT: PUP CULTURE LLC D/B/A PUPCULTURE, ET AL
VENUE: DISTRICT
DOCKET:
COMMENT: 1 23 CV 02291 LJL