```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
ASHLEY VILELLA,                                                :
on behalf of herself, FLSA Collective Plaintiffs and the       :
Class,                                                         :
                                                               :      23-cv-02291 (LJL)
                          Plaintiff,                           :
                                                               :             ORDER
              -v-                                              :
                                                               :
PUP CULTURE LLC ET AL,                                         :
                                                               :
                          Defendants.                          :
                                                               :
---------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

The Court stayed this matter on May 22, 2023, Dkt. No. 14.  Parties were provided time to discuss resolution and were referred to the court-annexed Mediation Program.  The Court was informed through a joint letter of the parties submitted on July 7, 2023 (Dkt. No. 16) that they were unsuccessful at resolving the case.  The Court hereby lifts the stay in this action and respectfully directs the Clerk of Court to lift the stay imposed on May 22, 2023.  The Court will hold an Initial Pretrial Conference on July 28, 2023 at 12:00PM.  The conference will proceed remotely by telephone and parties are directed to dial into the Court's teleconference line at 888-251-2909 and use access code 2123101.

  SO ORDERED.

Dated: July 13, 2023
   New York, New York

                    LEWIS J. LIMAN
                    United States District Judge