UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ASHLEY VILELLA, on behalf of herself, FLSA      Civil Case No.: 1:23-cv-02291
*Collective Plaintiffs and the Class*,

                                        **RULE 7.1 STATEMENT**

                        Plaintiff,

      v.

PUP CULTURE LLC
      d/b/a PUPCULTURE,
PUPCULTURE DUMBO LLC
      d/b/a PUPCULTURE DUMBO,
PUPCULTURE FIDI LLC
      d/b/a PUPCULTURE TRIBECA,
PUPCULTURE UWS LLC
      d/b/a PUPCULTURE WEST 57,
JOHN DOE CORPORATION
      d/b/a PUPCULTURE SOHO,
and IBRAHIM ALMIMEH,

                         Defendants.
-----------------------------------------------------------x

Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for the Defendants Pup Culture LLC d/b/a Pupculture, Pupculture Dumbo LLC d/b/a Pupculture Dumbo, Pupculture Fidi LLC d/b/a Pupculture Fidi, Pupculture Tribeca LLC d/b/a Pupculture Tribeca, Pupculture UWS LLC d/b/a Pupculture West 57 and John Doe Corporation d/b/a/ Pupculture Soho (collectively, "Defendants"), all private non-governmental entities, certifies that the following are corporate parents, affiliates and/or subsidiaries of Defendants, which are publicly held:

      **None**.

Dated: New York, New York
       August 7, 2023

                                       Respectfully submitted,

                                       **PARDALIS & NOHAVICKA, LLP**

                                       /s/ *Todd B. Sherman*

                                       Todd B. Sherman, Esq. (TS 4031)
                                       Israel Klein, Esq.
                                       950 Third Avenue, 11th Floor
                                       New York, New York 10022
                                       Tel: (212) 213-8511
                                       Fax: (347) 897-0094
                                       Todd@pnlawyers.com
                                       Israel@pnlawyers.com
                                       *Attorneys for Defendants*