AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

SOUTHERN **District of** NEW YORK

| ASHLEY VILELLA | CONSENT ORDER GRANTING |
|---|---|
| Plaintiff (s), | SUBSTITUTION OF ATTORNEY |
| V. | |
| PUP CULTURE LLC | CASE NUMBER: 23-cv-2291 |
| Defendant (s), | |

Notice is hereby given that, subject to approval by the court, __PUP CULTURE LLC, ET AL__ substitutes
(Party (s) Name)

__FERDINAND FERNANDEZ II__, State Bar No. __5202825__ as counsel of record in
(Name of New Attorney)

place of __Todd B. Sherman, Esq., Pardalis & Nohavicka, LLP__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: LAW OFFICE of FERDINAND FERNANDEZ II, LLC
Address: 120 PAULSION AVENUE, PASSAIC, NJ 07055
Telephone: (862) 249-7975          Facsimile (862) 367-8293
E-Mail (Optional): ferdinand.fernandezii.esq@gmail.com

I consent to the above substitution.

Date: 11/7/2023

_____
(Signature of Party (s))

I consent to being substituted.

Date: 11/7/2023

_____
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 11/7/2023

_____
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

_____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]