# CONSENT TO JOIN LAWSUIT

IF YOU RECEIVED THIS FORM AND WANT TO JOIN THE FEDERAL PORTION OF THIS LAWSUIT, PLEASE COMPLETE THESE TWO STEPS:

A. COMPLETE AND SIGN THIS PLAINTIFF CONSENT FORM; AND

B. USE THE ENCLOSED ENVELOPE TO RETURN THIS FORM TO THE ADDRESS BELOW NOT LATER THAN JANUARY 5, 2024.

1. I consent to be a party in the lawsuit *Vilella v. Pup Culture LLC et al*, Case No. 23-cv-02291-LJL, U.S. District Court, Southern District of New York, in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216 (b).

2. By signing and returning this consent form, I hereby designate Plaintiff and her counsel Lee Litigation Group, PLLC ("the Firm") to represent me and make decisions on my behalf concerning the litigation and any settlement. I understand that reasonable costs expended on my behalf may be deducted from any settlement or judgment amount. I understand that the Firm will petition the Court for reasonable attorneys' fees and expenses should this case settle or a money judgment is received and will receive a proportion of any such gross settlement or judgment amount. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable.

Name: Valeria Palma

Address:

City:                                State:                Zip:

Telephone Number:                    Social Security No.

E-mail Address

SIGNATURE: *Valeria*                                 Date: 12/26/2023

Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011

Pupculture (216b)



FIRST-CLASS

ZIP 10011
02 7H
0006111694

US POSTAGE (TM) PITNEY BOWES
$ 000.63⁰
DEC 05 2023