**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

ASHLEY VILELLA, *on behalf of herself, FLSA*
*Collective Plaintiffs and the Class,*

<table>
<tr><td></td><td>Plaintiff,</td><td>Case No.: 23-cv-02291-LJL</td></tr>
<tr><td></td><td>-against-</td><td>**NOTICE OF MOTION**</td></tr>
</table>

PUP CULTURE LLC
     d/b/a PUPCULTURE,
PUPCULTURE DUMBO LLC
     d/b/a/ PUPCULTURE DUMBO,
PUPCULTURE FIDI LLC
     d/b/a/ PUPCULTURE FIDI,
PUPCULTURE TRIBECA LLC
     d/b/a/ PUPCULTURE TRIBECA,
PUPCULTURE UWS LLC
     d/b/a/ PUPCULTURE WEST 57,
JOHN DOE CORPORATION
     d/b/a PUPCULTURE SOHO,
and IBRAHIM ALIMIMEH,

Defendants.

---

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and Declaration of C.K. Lee, Esq. Plaintiff moves this Court, before the Honorable Lewis J. Liman, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York, for an Order enforcing the settlement agreement as to Plaintiff VILELLA's individual claims reached between the parties, together with such other and further relief as the Court may deem just and proper.

Dated: New York, New York    Respectfully submitted,
   February 13, 2024

**LEE LITIGATION GROUP, PLLC**

By:  <u>*/s/* C.K. Lee</u>
    C.K. Lee, Esq. (CL 4086)
    Anne Seelig, Esq. (AS 3976)
    Lee Litigation Group, PLLC
    148 West 24th Street, Eighth Floor
    New York, NY 10011
    Tel: (212) 465-1188
    Fax: (212) 465-1181
    *Attorneys for Plaintiff, FLSA Collective*
    *Plaintiffs and the Class*