```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/12/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
:
ASHLEY VILLELA, *on behalf of herself, FLSA*   :
*Collective Plaintiffs and the Class*, et al.      :
:
                              Plaintiffs,   :   23-cv-2291 (LJL)
:
             -v-   :   ORDER
:
PUP CULTURE LLC, et al.,   :
:
                           Defendants.   :
                                                                       X
---------------------------------------------------------------

LEWIS J. LIMAN, United States District Judge:

      Plaintiff Vilella has filed a motion to enforce a settlement. Dkt. No. 89. The motion is now fully submitted. The Court is prepared to hold an evidentiary hearing should either party request such a hearing. In the alternative, the Court will decide the motion on the papers. The parties are ordered to file letters on ECF no later than March 18, 2024, indicating whether they request an evidentiary hearing and, if so, the witnesses they propose to call to testify.

      SO ORDERED.

Dated: March 12, 2024
       New York, New York
                                                                   LEWIS J. LIMAN
                                                         United States District Judge