**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

ASHLEY VILELLA, *on behalf of herself, FLSA Collective Plaintiffs and the Class,*

        Plaintiff,

v.

PUP CULTURE LLC
    d/b/a PUPCULTURE,
PUPCULTURE DUMBO LLC
    d/b/a/ PUPCULTURE DUMBO,
PUPCULTURE FIDI LLC
    d/b/a/ PUPCULTURE FIDI,
PUPCULTURE TRIBECA LLC
    d/b/a/ PUPCULTURE TRIBECA,
PUPCULTURE UWS LLC
    d/b/a/ PUPCULTURE WEST 57,
JOHN DOE CORPORATION
    d/b/a PUPCULTURE SOHO,
and IBRAHIM ALIMIMEH,

        Defendants.

**Case No.**: 1:23-cv-02291

**[PROPOSED]**
**RULE 68 JUDGMENT**

---

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants PUP CULTURE LLC d/b/a PUPCULTURE, PUPCULTURE DUMBO LLC d/b/a/ PUPCULTURE DUMBO, PUPCULTURE FIDI LLC d/b/a/ PUPCULTURE FIDI, PUPCULTURE TRIBECA LLC d/b/a/ PUPCULTURE TRIBECA, PUPCULTURE UWS LLC d/b/a/ PUPCULTURE WEST 57, JOHN DOE CORPORATION d/b/a PUPCULTURE SOHO, and IBRAHIM ALIMIMEH, (collectively "Defendants"), having offered to allow Plaintiff ASHLEY VILELLA ("Plaintiff") to take a judgment against them, in the sum of Thirty Thousand Dollars and No Cents ($30,000.00), to resolve all of Plaintiff's individual claims against Defendants, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated April 12, 2024 and filed as Exhibit A to Docket Number 120;

**WHEREAS**, on April 12, 2024, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 120);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff ASHLEY VILELLA, in the sum of $30,000.00, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated April 12, 2024 and filed as Exhibit A to Docket Number 120. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED:**

Dated: _____, 2024        _____
       New York, New York                                              U.S.D.J.