**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

ASHLEY VILELLA, *on behalf of herself, FLSA*
*Collective Plaintiffs and the Class,*

                         Plaintiff,

   v.

PUP CULTURE LLC
     d/b/a PUPCULTURE,
PUPCULTURE DUMBO LLC
     d/b/a/ PUPCULTURE DUMBO,
PUPCULTURE FIDI LLC
     d/b/a/ PUPCULTURE FIDI,
PUPCULTURE TRIBECA LLC
     d/b/a/ PUPCULTURE TRIBECA,
PUPCULTURE UWS LLC
     d/b/a/ PUPCULTURE WEST 57,
JOHN DOE CORPORATION
     d/b/a PUPCULTURE SOHO,
and IBRAHIM ALIMIMEH,

                    Defendants.

**Case No.**: 1:23-cv-02291

**<u>RULE 68 JUDGMENT</u>**

---

     **WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants PUP CULTURE LLC d/b/a PUPCULTURE, PUPCULTURE DUMBO LLC d/b/a/ PUPCULTURE DUMBO, PUPCULTURE FIDI LLC d/b/a/ PUPCULTURE FIDI, PUPCULTURE TRIBECA LLC d/b/a/ PUPCULTURE TRIBECA, PUPCULTURE UWS LLC d/b/a/ PUPCULTURE WEST 57, JOHN DOE CORPORATION d/b/a PUPCULTURE SOHO, and IBRAHIM ALIMIMEH, (collectively "Defendants"), having offered to allow Plaintiffs FANNY ANGELES, YOLANDA ISABEL BARRERA, AMELIA MEDEL, VALERIA PALMA, ANA MARIA VICHIQUE, HAILEY PACHECO, JOEL A DEL VALLE, BREONNA HARDY, BRITTANY PISACANO, and HEIDI ABUNDIZ ("Plaintiffs") to take a judgment against them, in the sum of Twenty-Three Thousand Five Hundred Dollars and No Cents ($23,500.00), to resolve all of Plaintiffs' individual

claims against Defendants, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated April 12, 2024 and filed as Exhibit A to Docket Number 122;

**WHEREAS**, on April 12, 2024, Plaintiffs' attorney having confirmed Plaintiffs' acceptance of Defendants' Offer of Judgment (Dkt. No. 122);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiffs FANNY ANGELES, YOLANDA ISABEL BARRERA, AMELIA MEDEL, VALERIA PALMA, ANA MARIA VICHIQUE, HAILEY PACHECO, JOEL A DEL VALLE, BREONNA HARDY, BRITTANY PISACANO, and HEIDI ABUNDIZ, in the sum of $23,500.00, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated April 12, 2024 and filed as Exhibit A to Docket Number 122. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED:**

Dated: _____April 24_____, 2024
         New York, New York

LEWIS J. LIMAN
United States District Judge